# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 16-246 (2) (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER** |
| SCOTT A. NELSON, | |
| Defendant. | |

Benjamin Langner, Surya Saxena, Lola Velazquez-Aguilu, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jon M. Hopeman, **JON M. HOPEMAN LAW OFFICE, LLC,** 200 South Sixth Street, Suite 420, Minneapolis, MN 55402, for defendant.

This matter is before the Court on Defendant's Second Motion for Extension of Time to Submit Initial Objections to Presentence Investigation [Docket No. 544]. Defendant is requesting that the deadline for submitting objections be extended to September 25, 2018.

The Defendant's Request is **GRANTED**.

**IT IS HEREBY ORDERED** that:

Objections to the Presentence Investigation are due by September 25, 2018.

Dated: September 13, 2018
at Minneapolis, Minnesota

                                                 s/John R. Tunheim
                                                 JOHN R. TUNHEIM
                                                      Chief Judge
                                       United States District Court